JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>L.A. CENTRAL PLAZA LLC, CENTRAL LIQUOR & MARKET, INC., and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:21-cv-04547-MCS-GJS<br><br>**JUDGMENT** |

1

Pursuant to this Court's Order Dismissing Case,

IT IS ADJUDGED that the action is dismissed without prejudice. Judgment is entered in favor of Defendants L.A. Central Plaza LLC and Central Liquor & Market, Inc. Plaintiff George Jones shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: April 29, 2022

*Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2